JOHN SHEA *v.* GERARD PILETTE.

May Term, 1936

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON and SHERBURNE, JJ.

Opinion filed January 7, 1937.

*Finn & Monti* for the plaintiff.

*Theriault & Hunt* for the defendant.

MOULTON, J. The plaintiff was a participant in the coasting accident described in *Shea, by next friend,* v. *Pilette, supra.* The two actions were tried together below, and argued together here. The same motions for reargument, amendment, and re-

458

mand were also made. The facts and the legal principles involved being the same in each cause, the result is also the same.

*Judgment reversed pro forma and cause remanded with leave to the plaintiff to apply for an amendment of the declaration. Such application to be made within ten days after the opening of the March Term, 1937, of Washington county court, and, if granted, a new trial may be had upon the issue of the last clear chance as a ground of liability. If application is not so made, judgment to be affirmed.*